**NVDP**
MARJORIE HAUF, ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 West Tropicana, Suite 1
Las Vegas, Nevada 89147
Tel: (702) 598-4529
Fax: (702) 598-3626

Attorneys for Plaintiffs

-o0o-

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GANZ & HAUF, CHTD,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID SCOTT; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, d/b/a UNIVERSITY MEDICAL CENTER, d/b/a UMC; LAS VEGAS NEUROSURGERY ORTHOPAEDICS AND REHABILITATION, LLP; MARK KABINS, M.D.; RADAR MEDICAL GROUP, LLP; RUSSELL J. SHAH, M.D., LTD; RUSSELL J. SHAH, M.D.; MICHAEL CROWLEY, M.D.; ZOTEC PARTNERS, LLC; J. PAUL WIESNER & ASSOCIATES LTD d/b/a RADIOLOGY ASSOCIATES OF SOUTHERN NEVADA; RED ROCK DIAGNOSTICS, LLC; STRATEGIC RECOVERY PARTNERSHIP, INC; SPORTSMAN'S WAREHOUSE INC.; AMERIBEN/IEC GROUP; DOES 1 through 10; and ROE CORPORATIONS I through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:10-CV-00996-PMP-LRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, STRATEGIC RECOVEY PARTNERSHIP, INC.** |

. . .

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1 of 3

1 NOTICE IS HEREBY GIVEN that Plaintiff hereby dismisses the Complaint on file
2 herein without prejudice as to Defendant, STRATEGIC RECOVEY PARTNERSHIP, INC.,
3 who has not filed an Answer in this action.
4 Dated this _____ day of July, 2010.

GANZ & HAUF

_____
MARJORIE HAUF, ESQ.

IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

DATED: August 3, 2010.

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b) and EDCR 7.26, I certify that on this date, I served the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT, STRATEGIC RECOVEY PARTNERSHIP, INC. on all parties to this action by:

   __X__ Facsimile

   __X__ Mail

   __X__ ECF

addressed as follows:

| | |
|---|---|
| TIMOTHY BALDWIN, ESQ.<br>Office of the District Attorney – Civil<br>500 S. Grand Central Parkway, 5th Floor<br>PO Box 552215<br>Las Vegas, NV 89155-2215<br><br>Facsimile: (702) 382-5178<br><br>*Attorney for Defendant, UMC* | JOHN P. DESMOND, ESQ.<br>MATTHEW T. MILONE, ESQ.<br>BRADLEY S. SCHRAGER, ESQ.<br>Jones Vargas<br>3773 Howard Hughes Parkway<br>3rd Floor South<br>Las Vegas, NV 89169<br><br>Facsimile: (702) 737-7705<br><br>*Attorney for Defendant, Sportsman's Warehouse, Inc.* |

BRIAN K. HARRIS, ESQ.
HEATHER E. HARRIS, ESQ.
Harris & Harris
501 S. Rancho Drive, Suite D-22
Las Vegas, NV 89106

Facsimile: (702) 880-4528

*Attorney for Defendants, LV Neuro, Ortho & Rehab., & Mark Kabins, M.D.*

Dated this __2nd__ day of ~~July~~ AUG, 2010.

_____
An employee of the law firm of
GANZ & HAUF

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 3 of 3

\* \* \* Communication Result Report ( Aug. 2. 2010 5:12PM ) \* \* \*

1)
2)

Date/Time: Aug. 2. 2010  5:09PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1721 | Memory TX Scott, David | 3825178 7377705 8804528 | P. 3 | OK OK OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

```
 1  NVDP
    MARJORIE HAUF, ESQ.
 2  Nevada Bar No. 008111
    GANZ & HAUF
 3  8950 West Tropicana, Suite 1
    Las Vegas, Nevada 89147
 4  Tel: (702) 598-4529
 5  Fax: (702) 598-3626

 6  Attorneys for Plaintiffs
 7                              -oOo-
 8             UNITED STATES DISTRICT COURT
 9                  DISTRICT OF NEVADA
10
11  GANZ & HAUF, CHTD.,         CASE NO.: 2:10-CV-00996-PMP-LRL
12           Plaintiff,
13  vs.
14  DAVID SCOTT; UNIVERSITY MEDICAL
    CENTER OF SOUTHERN NEVADA, d/b/a
15  UNIVERSITY MEDICAL CENTER, d/b/a
16  UMC; LAS VEGAS NEUROSURGERY
    ORTHOPAEDICS AND REHABILITATION,
17  LLP; MARK KABINS, M.D.; RADAR      NOTICE OF VOLUNTARY DISMISSAL
    MEDICAL GROUP, LLP; RUSSELL J. SHAH,       WITHOUT PREJUDICE AS TO
18  M.D., LTD; RUSSELL J. SHAH, M.D.;   DEFENDANT, STRATEGIC RECOVEY
19  MICHAEL CROWLEY, M.D.; ZOTEC              PARTNERSHIP, INC.
    PARTNERS, LLC; J. PAUL WIESNER &
20  ASSOCIATES LTD d/b/a RADIOLOGY
    ASSOCIATES OF SOUTHERN NEVADA;
21  RED ROCK DIAGNOSTICS, LLC;
    STRATEGIC RECOVERY PARTNERSHIP,
22  INC; SPORTSMAN'S WAREHOUSE INC.;
23  AMERIBEN/IEC GROUP; DOES 1 through
    10; and ROE CORPORATIONS I through 10,
24  inclusive,
25           Defendants.
26
27  ...
28
```

Page 1 of 3