# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GANZ & HAUF CHTD., | ) | 2:10-cv-00996-PMP-LRL |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| DAVID SCOTT, *et al.*, | ) | |
| Defendants. | ) | |

Before the Court for consideration is Defendant Sportsman's Warehouse, Inc.'s Motion to Dismiss (Doc.#4) filed June 29, 2010. Plaintiff has failed to file a timely response in opposition thereto, and pursuant to the local rules of this Court therefore consents to the granting of Defendant's motion. Additionally, a review of Defendant Sportsman's Warehouse, Inc.'s motion to dismiss shows that said Defendant is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED** that Defendant Sportsman's Warehouse, Inc.'s Motion to Dismiss (Doc.#4) is **GRANTED**.

DATED: August 9, 2010.

_____
PHILIP M. PRO
United States District Judge