UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GANZ & HAUF, CHTD, <br><br>Plaintiffs, <br><br>vs. <br><br>DAVID SCOTT; UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, dba UNIVERSITY MEDICAL CENTER, dba UMC; LAS VEGAS NEUROSURGERY ORTHOPAEDICS AND REHABILITATION, LLP; MARK KABINS, M.D., RADAR MEDICAL GROUP, LLP; RUSSELL J. SHAH, M.D., LTD; RUSSELL J. SHAH, M.D.; MICHAEL CROWLEY, M.D., ZOTEC PARTNERS, LLC; J. PAUL WIESNER & ASSOCIATES LTD dba RADIOLOGY ASSOCIATES OF SOUTHERN NEVADA; RED ROCK DIAGNOSTICS, LLC; STRATEGIC RECOVERY PARTNERSHIP, INC.; SPORTSMAN'S WAREHOUSE INC.; AMERIBEN/LEC GROUP, <br><br>Defendants. | 2:10-CV-00996-PMP-LRL <br><br>**ORDER** |

On August 10, 2010, the Court entered an Order (Doc. #12) granting Defendant Sportsman's Warehouse Inc.'s Motion to Dismiss for failure of Plaintiff to file a timely opposition.

On August 19, 2010, Plaintiff filed a Motion to Reconsider Order Granting Defendant's Motion to Dismiss (Doc. # 13). Plaintiff's Motion to Reconsider is based upon a stipulation reached by counsel for the parties (Doc. #13) July 30, 2010,

which would have permitted Plaintiff to and including August 31, 2010 within which to file its opposition to Defendant's motion to dismiss. That stipulation was never approved by the Court, but Plaintiff argues that it was reasonable for Plaintiff to rely on the stipulation nonetheless. Defendant responds that any further extension would be futile. Indeed Defendant may be correct. However, the Court concludes it to be appropriate to resolve Defendant's Motion to Dismiss on its merits rather than a matter of procedural default. The Court, however, notes that Plaintiff has not provided a substance Opposition to Defendant's Motion to Dismiss. The Court will merit a very brief extension of time to do so.

**IT IS THEREFORE ORDERED that** Plaintiff GANTZ & HAUF, Chtd's Motion to Reconsider Order Granting Defendant's Motion to Dismiss (Doc. # 13) is **GRANTED** and that this Court's Order (Doc. #12) granting Defendant Sportsman's Warehouse Inc.'s Motion to Dismiss is hereby **VACATED**.

**IT IS FURTHER ORDERED that** Plaintiff GANZ & HAUF, Chtd's shall have to and including **September 27, 2010**, within which to file an Opposition to Defendant Sportsman's Motion to Dismiss (Doc. #4). Failure to do so will result in the immediate granting of Defendant Sportsman's Motion to Dismiss (Doc. #4).

DATED: September 17, 2010.

_____
PHILIP M. PRO
United States District Judge