1
2
3
4
5
6
7
-o0o-

8
UNITED STATES DISTRICT COURT

9
DISTRICT OF NEVADA

| | |
|---|---|
| DAVID SCOTT and GANZ & HAUF, CHTD;<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, d/b/a UNIVERSITY MEDICAL CENTER, d/b/a UMC; LAS VEGAS NEUROSURGERY ORTHOPAEDICS AND REHABILITATION, LLP; MARK KABINS, M.D.; RADAR MEDICAL GROUP, LLP; RUSSELL J. SHAH, M.D., LTD; RUSSELL J. SHAH, M.D.; MICHAEL CROWLEY, M.D. ZOTEC PARTNERS, LLC; J. PAUL WIESNER & ASSOCIATES LTD d/b/a RADIOLOGY ASSOCIATES OF SOUTHERN NEVADA; RED ROCK DIAGNOSTICS, LLC; STRATEGIC RECOVERY PARTNERSHIP, INC; SPORTSMAN'S WAREHOUSE INC.; AMERIBEN/IEC GROUP; CITY OF LAS VEGAS EMS; CREDIT BUREAU CENTRAL, INC.; SPRING VALLEY HOSPITAL MEDICAL CENTER; AARGON AGENCY, INC.; DOES I through 10; and ROE CORPORATIONS I through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:10-CV-00996-LRH-VCF<br><br><br><br><br>JUDGMENT AGAINST DEFENDANT,<br>RUSSELL SHAH, M.D., LTD. |

. . .

Page 1

Plaintiffs, DAVID SCOTT and GANZ & HAUF, CHTD., have brought a Motion for Default Judgment against Defendant, RUSSELL SHAH, M.D., LTD. On September 18, 2012, the Court ORDERED that this Motion for Default Judgment against Defendant, Russell Shah, M.D., Ltd. (ECF No. 59) be GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Defendant, Russell Shah, M.D., Ltd. will receive nothing by way of Plaintiffs' Interpleader. Additionally, any claim for an outstanding balance that is remaining on Plaintiff, David Scott's, past account with Defendant, Russell Shah, M.D. Ltd., is denied and dismissed with prejudice.

DATED this  6th  day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE