1
2
3
4
5
6
7                                            -o0o-

8                          UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10   DAVID SCOTT and GANZ & HAUF, CHTD;
                                                    CASE NO.: 2:10-CV-00996-LRH-VCF
11       Plaintiffs,

12   vs.

13   UNIVERSITY   MEDICAL   CENTER   OF
14   SOUTHERN NEVADA, d/b/a UNIVERSITY
     MEDICAL  CENTER,  d/b/a  UMC;  LAS
15   VEGAS              NEUROSURGERY
     ORTHOPAEDICS  AND  REHABILITATION,
16   LLP;  MARK  KABINS,  M.D.;  RADAR
     MEDICAL GROUP, LLP; RUSSELL J. SHAH,
17   M.D.,  LTD;  RUSSELL  J.  SHAH,  M.D.;
     MICHAEL   CROWLEY,   M.D.   ZOTEC
18   PARTNERS, LLC; J. PAUL WIESNER &       JUDGMENT AGAINST DEFENDANT,
19   ASSOCIATES  LTD  d/b/a  RADIOLOGY        RUSSELL SHAH, M.D., LTD.
     ASSOCIATES OF SOUTHERN NEVADA;
20   RED    ROCK    DIAGNOSTICS,    LLC;
     STRATEGIC  RECOVERY  PARTNERSHIP,
21   INC; SPORTSMAN'S WAREHOUSE INC.;
22   AMERIBEN/IEC  GROUP;  CITY  OF  LAS
     VEGAS EMS; CREDIT BUREAU CENTRAL,
23   INC.;   SPRING   VALLEY   HOSPITAL
     MEDICAL  CENTER;  AARGON  AGENCY,
24   INC.;  DOES  I  through  10;  and  ROE
25   CORPORATIONS I through 10, inclusive,

26       Defendants.

27
28   . . .

1    Plaintiffs, DAVID SCOTT and GANZ & HAUF, CHTD., have brought a Motion for

2    Default Judgment against Defendant, RUSSELL SHAH, M.D., LTD.   On September 18,

3    2012, the Court ORDERED that this Motion for Default Judgment against Defendant,

4    Russell Shah, M.D., Ltd. (ECF No. 59) be GRANTED.

5

6    THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Defendant, Russell

7    Shah, M.D., Ltd. will receive nothing by way of Plaintiffs' Interpleader. Additionally, any claim

8    for an outstanding balance that is remaining on Plaintiff, David Scott's, past account with

9    Defendant, Russell Shah, M.D. Ltd., is denied and dismissed with prejudice.

10

11    DATED this _6th_ day of January, 2013.

12

13

14                                                   _____

15                                                   LARRY R. HICKS
                                                     UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28