UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GANZ & HAUF, CHTD; et al., | ) ) ) | |
| Plaintiffs, | ) ) | 2:10-cv-0996-LRH-VCF |
| v. | ) ) | ORDER |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; et al., | ) ) ) | |
| Defendants. | ) ) | |

Before the court is plaintiffs David Scott ("Scott") and Ganz & Hauf, CHTD.'s ("Ganz & Hauf") (collectively "plaintiffs") motion to remand. Doc. #118.[1] Defendants do not oppose the motion. Generally, the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion under LR 7-2(d). Further, the court has reviewed the documents and pleadings on file in this matter and finds that the court is without jurisdiction to hear the present action because there is no longer a federal question. *See* Doc. #115. Accordingly, the court shall grant plaintiffs' motion.

///

///

///

---

[1] Refers to the court's docket number.

1   IT IS THEREFORE ORDERED that plaintiffs' motion to remand (Doc. #118) is
2 GRANTED. The clerk of court shall REMAND this action, 2:10-cv-0996-LRH-VCF, to the Eighth
3 Judicial District for the State of Nevada.
4   IT IS SO ORDERED.
5   DATED this 27th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2